

## Fourth Court of Appeals
### San Antonio, Texas

### MEMORANDUM OPINION

No. 04-18-00451-CR

**IN RE** Christopher T. **BRADY**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:        Marialyn Barnard, Justice
                    Patricia O. Alvarez, Justice
                    Luz Elena D. Chapa, Justice

Delivered and Filed:  July 18, 2018

PETITION FOR WRIT OF MANDAMUS DENIED

On July 5, 2018, relator filed a petition for writ of mandamus in which it appears relator is asserting he has been detained in jail in violation of Texas Code of Criminal Procedure article 17.151 ("Release because of delay").  Relator asks that he be released from confinement.  Relator is represented by court-appointed trial counsel below; therefore, his pro se mandamus petition presents nothing for this court's review because a criminal defendant is not entitled to hybrid representation.  *See Patrick v. State*, 906 S.W.2d 481, 498 (Tex. Crim. App. 1995).  Accordingly, the petition for writ of mandamus is DENIED.  *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

Do not publish

---

[1] This proceeding arises out of Cause No. 2018-CR-4755, styled *The State of Texas v. Christopher T. Brady*, pending in the 227th Judicial District Court, Bexar County, Texas, the Honorable Kevin M. O'Connell presiding.